73 A.3d 577

**Alton D. BROWN, Appellant**

v.

**PA DEPT. OF CORRECTIONS, and John Wetzel (Secretary of PA Dept. of Corrections), Appellees.**

**No. 52 MAP 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2013, the appeal is dismissed due to appellant's failure to pay the requisite filing fee.